UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:19-CR-194-DBH-1 |
| | ) | |
| MUKONKOLE HUGE KIFWA, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION

The defendant, Mukonkole Huge Kifwa, asks me to reconsider my Order denying his motion to dismiss. See Order on Motion to Dismiss (ECF No. 117). He is concerned that because the Order "did not specifically reference the repeated and incorporated Exhibit 1 in ECF No. 116," "his incorporated filing might not have received due consideration." Mot. for Reconsideration at 2 (ECF No. 147). Exhibit 1 is the defendant's pro se brief seeking dismissal. The court had rejected it when it was first filed in September of 2019 because the defendant is and was represented by a lawyer and any filings must come through the lawyer. See ECF No. 50. His current lawyer, however, incorporated it as part of his argument on the defendant's behalf and attached it to his Reply Memorandum. Mot. to Dismiss at 3 (ECF No. 91) (incorporating pro se brief); ECF No. 116-1 (attaching pro se brief as Exhibit 1 to reply).

I assure the defendant and his lawyer that, before I issued my Order, I did indeed read the pro se filing (even though I did not specifically refer to it), I

considered it carefully, and I consulted the authorities it cited.  Nevertheless, I reached the conclusion set forth in my Order.  There is therefore no reason to reconsider the Order.

Accordingly, the defendant's request for reconsideration is **DENIED**.

**SO ORDERED.**

**DATED THIS 8TH DAY OF JUNE, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**